UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**CAPITOL INDEMNITY CORPORATION,**

    Plaintiff,

v.                                                                  Cv. No.   15-2729-JTF

**GAS and FOOD MART, INC.,**
a/k/a
**GAS & FOOD MART, INC.,**
**MICHAEL ROBINSON and**
**DOMINICK BROWN,**

    Defendants.

# JUDGMENT

    Decision by Court.   This action came for consideration before the Court.   The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order on Motions and Order Dismissing Case entered on September 14, 2016.

## APPROVED:

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                      THOMAS M. GOULD
UNITED STATES DISTRICT JUDGE        CLERK

September 14, 2016                              s/Lorri J. Fentress
DATE                                                     (BY) LAW CLERK